**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Winthrop H. BROOKS, Ashbel Tingley Wall, Jr., and George H. Howard, as Executors of the Estate of Frederick Brooks, Deceased, Respondents.**

No. 160.

Circuit Court of Appeals, Second Circuit.

Jan. 18, 1937.

Robert H. Jackson, Asst. Atty. Gen., and Sewall Key and Joseph M. Jones, Sp. Assts. to the Atty. Gen., for petitioner.

Simpson, Thacher & Bartlett, of New York City (Courtland Kelsey, Whitney North Seymour, and Horace J. McAfee, all

*Writ of certiorari granted 57 S. Ct. 669, 81 L. Ed. ——.

of New York City, of counsel), for respondents.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decision affirmed on the authority of Helvering v. St. Louis Union Trust Co., 296 U.S. 39, 56 S.Ct. 74, 80 L.Ed. 29, 100 A.L.R. 1239.